# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LISA R. MURPHY**                                                                    **PLAINTIFF**
**ADC #760343**

**v.**                              **CASE NO. 1:14CV00059 BSM**

**SHULTZ,** *et al.*                                                                    **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young has been reviewed.  No objections have been filed.  After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.  Accordingly, Plaintiff Lisa Murphy's complaint is dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the court's order.  It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

I T IS SO ORDERED this 28th  day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE