**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**LISA R. MURPHY**                                                                          **PLAINTIFF**
**ADC #760343**

**v.**                              **CASE NO. 1:14CV00059 BSM**

**SHULTZ,** *et al.*                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this date, this case is dismissed without prejudice.

It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 28th day of August 2014.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE